UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:
STACY RENEE REED
          DEBTOR

CASE NO. 5:23-bk-01671-MJC
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                                  FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:           10500 Kincaid Drive, Suite 300
                                              Fishers, IN 46037-9764

NEW NOTICE ADDRESS:          11988 Exit 5 Parkway, Building 4
                                              Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:         10500 Kincaid Drive, Suite 300
                                              Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:        11988 Exit 5 Parkway, Building 4
                                              Fishers, IN 46037-7939

Dated: September 18, 2024

                                                            */s/Lorri Beltz*
                                                            Lorri Beltz, Vice President, Default
                                                            Freedom Mortgage Corporation
                                                            11988 Exit 5 Parkway, Building 4
                                                            Fishers, IN 46037-7939
                                                            Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:
STACY RENEE REED
    DEBTOR

CASE NO. 5:23-bk-01671-MJC
CHAPTER 13

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

JOSEPH QUINN
ROSS, QUINN & PLOPPERT, P.C.
192 S Hanover St Ste 101
Pottstown PA 19464-6096
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

STACY RENEE REED
565 Long Mountain Rd
Effort PA 18330-7723
*Debtor*

This 18th Day of September, 2024

        */s/Lorri Beltz*
        Lorri Beltz, Vice President, Default
        Freedom Mortgage Corporation
        11988 Exit 5 Parkway, Building 4
        Fishers, IN 46037-7939
        Telephone: (855) 690-5900