**Fill in this information to identify the case:**

Debtor 1 **STACY RENEE REED**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Middle District of Pennsylvania** (State)

Case Number **5:23-BK-01671-MJC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account: 8 7 9 4

**Property Address:**
565 LONG MOUNTAIN RD
Number Street

EFFORT PA 18330
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 71.71 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 71.71 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 71.71 |

| **Part 4:** | **Postpetition Payment** |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

| **Part 6:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)** |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Donna Schott
Signature

Date 10/07/2026

Trustee Jack N. Zaharopoulos
First Name Middle Name Last Name

Address 8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566-6097 Email info@pamd13trustee.com

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 19 | FREEDOM MORTGAGE CORF | Secured-Residential Mortgage, Pre-Petition Arrea | 06/18/2024 | 2037292 | Disbursement To Creditor/Principal | 71.71 |
| | | | | | Total for Claim Number 19: | 71.71 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **71.71** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>STACY RENEE REED<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>STACY RENEE REED<br>Respondent | CHAPTER 13<br><br>CASE NO. 5:23-BK-01671-MJC |

**CERTIFICATE OF SERVICE**

AND NOW, this 7th day of October, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

OFFICE OF THE UNITED STATES TRUSTEE
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

FREEDOM MORTGAGE CORPORATION
ATTN: PAYMENT PROCESSING
11988 EXIT 5 PKWY, BLDG 4
FISHERS, IN 46037-7939

JOSEPH QUINN, ESQUIRE
192 SOUTH HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464-6096

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

STACY RENEE REED
565 LONG MOUNTAIN ROAD
EFFORT, PA 18330

FREEDOM MORTGAGE CORPORATION
ATTN: PAYMENT PROCESSING
11988 EXIT 5 PKWY, BLDG 4
FISHERS, IN 46037-7939

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee